UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:17-CR-092-001 |
| v. | ) | JUDGE JORDAN |
| | ) | |
| QUINTON JAMES GROVE | ) | |

SENTENCING MEMORANDUM

COMES NOW the United States of America, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, and files this sentencing memorandum in compliance with the Court's Order.

The presentence investigation report for QUINTON JAMES GROVE correctly sets forth the pertinent sentencing factors of 18 U.S.C. § 3553(a), the correct advisory guideline calculation of 78 to 97 months imprisonment, based upon a total offense level of 26 and a correct criminal history level calculation of III. The United States reserves the right to file any appropriate motion for departure in accordance with local rules.

Respectfully submitted,

J. DOUGLAS OVERBEY
United States Attorney

By: *s/ J. Gregory Bowman*
J. GREGORY BOWMAN
Assistant U.S. Attorney
220 West Depot Street, Ste. 423
Greeneville, TN 37743

## CERTIFICATE OF SERVICE

      I hereby certify that on April 26, 2018, a copy of the foregoing Sentencing Memorandum was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                              By: *s/ J. Gregory Bowman*
                                    J. GREGORY BOWMAN
                                    Assistant U.S. Attorney